UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTWON DENNIS,

Plaintiff,

-against-

COMMISSIONER ANTHONY ANNUCCI, ET AL,

Defendants.

23-CV-6899 (LTS)

CIVIL JUDGMENT

For the reasons stated in the September 14, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 14, 2023
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge